STATE OF CONNECTICUT *v.* DARRELL TINSLEY

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser*, assistant public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided October 25, 2000

MARGARET GROSSO *v.* EDWARD GROSSO, JR.

*Richard G. Kent*, in support of the petition.

*Joseph T. O'Connor*, in opposition.

Decided October 25, 2000

STATE OF CONNECTICUT *v.* CHARLES SLIMSKEY

The Supreme Court docket number is SC 16411.